## Edward J. Kidera, Plaintiff-Appellee, v. Beth Scofield, Defendant-Appellant.

**Gen. No. 11,631.**

Second District, First Division.
January 18, 1963.
Rehearing denied February 19, 1963.

Jack E. Bairstow, and Donald T. Morrison, Jr., of Waukegan, for appellant; Dixon & Seidenfeld, of Waukegan (Bruce E. Kaufman, of counsel), for appellee. Opinion by JUDGE DOVE. Not to be published in full.